

United States District Court
Eastern District of California

| JONATHAN DENNIS GONZALEZ PEREZ | |
|---|---|

Plaintiff(s)

Case Number:  1:26-cv-03196

V.

| MARKWAYNE MULLIN, et al | |
|---|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Eduardo Rigoberto Soto
_____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Jonathan Dennis Gonzalez Perez

On _____ 04/28/1995 _____ (date), I was admitted to practice and presently in good standing in the
_____ Southern District of Florida _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____ 05/06/2026 _____          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Eduardo Rigoberto Soto |
| Law Firm Name: | Eduardo Soto & Associates, P.A. |
| Address: | 999 Ponce de Leon Blvd., Suite 1040 |
| City: | Coral Gables    State: FL    Zip: 33143 |
| Phone Number w/Area Code: | (305) 446-8686 |
| City and State of Residence: | Coral Gables, Florida |
| Primary E-mail Address: | federal@esotopa.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Vanessa Molina |
| Law Firm Name: | The Law Office of Vanessa Molina |
| Address: | 1530 Lancaster Point Way |
| City: | San Diego    State: CA    Zip: 33134 |
| Phone Number w/Area Code: | (619) 790-4300    Bar # 325672 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 20, 2026

JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

## CERTIFICATE OF GOOD STANDING

I,    **Angela E. Noble,**     Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Eduardo Rigoberto Soto** , Florida Bar # **858609**, was duly admitted to

practice in this Court on **April 28, 1995**, and is in good standing as a member of the Bar of this

Court.

Dated at: **Miami, Florida** on September 30, 2025.

Angela E. Noble

Court Administrator & Clerk of Court